| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kira R. Armstrong** | | Social Security number or ITIN | **xxx–xx–3090** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter | **7  8/9/19** |
| Case number: | **19–22465** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| **1.** | **Debtor's full name** | Kira R. Armstrong | | |
| **2.** | **All other names used in the last 8 years** | | | |
| **3.** | **Address** | 2012 S. 5th Ave., Apt. 2s<br>Maywood, IL 60153 | | |
| **4.** | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | | Contact phone 847 520–8100<br>Email:  davidsiegelbk@gmail.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Phillip D Levey ESQ<br>2722 North Racine Avenue<br>Chicago, IL 60614 | | Contact phone 773 348–9682<br>Email: levey47@hotmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 8/12/19 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2019 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/26/19** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
United States Bankruptcy Court
Northern District of Illinois
```

In re:                                                                 Case No. 19-22465-JPC
Kira R. Armstrong                                                      Chapter 7
    Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1        User: cpatterso          Page 1 of 2          Date Rcvd: Aug 12, 2019
                            Form ID: 309A            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
```
db            +Kira R. Armstrong,    2012 S. 5th Ave., Apt. 2s,    Maywood, IL 60153-3260
28093865      +Bank of America,    Bankruptcy Department,    PO Box 982284,    El Paso, TX 79998-2284
28093869       City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                Chicago, IL 60680-1292
28093870      +City of Chicago Parking,    Department of Finance,    P. O. Box 6330,    Chicago, IL 60680-6330
28093871      +Credence Resource Mana,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
28093879      +Illinois Tollway,    PO Box 5544,    Chicago, IL 60680-5491
28093881      +JPMCB Card Services,    PO Box 15369,    Wilmington, DE 19850-5369
28093882      +Maywood Housing Authority,    801 S. 5th Ave.,    Maywood, IL 60153-2456
28093884      +NCB Management Service,    1 Allied Drive,    Trevose, PA 19053-6945
28093886      +Secretary of State,    Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
28093887       Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28093888      +TCF Bank,    800 Burr Ridge Pkwy,    Burr Ridge, IL 60527-0865
28093889       The Illinois Tollway,    2700 West Ogden Avenue,    Downers Grove, IL 60515-1703
28096739       Vad Enterprises,    Brookfield, IL 60513
28093890      +Village of Oakbrook,    Bankruptcy Department,    PO Box 457,    Wheeling, IL 60090-0457
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: davidsiegelbk@gmail.com Aug 13 2019 01:45:08      David M Siegel,
                David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr            +EDI: QPDLEVEY.COM Aug 13 2019 05:23:00      Phillip D Levey, ESQ,    2722 North Racine Avenue,
                Chicago, IL 60614-1206
28093863      +EDI: AMSHER.COM Aug 13 2019 05:23:00      Amsher Collection Svcs,    4524 Southlake Pkwy Ste,
                Hoover, AL 35244-3271
28093864      +EDI: PHINHARRIS Aug 13 2019 05:23:00      Arnold Scott Harris, P.C.,
                111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28093866      +E-mail/Text: bankruptcies.notifications@bcu.org Aug 13 2019 01:47:49      Baxter Credit Union,
                PO Box 8133,    Vernon Hills, IL 60061-8133
28093867      +E-mail/Text: slopez@barrmgmt.com Aug 13 2019 01:48:25      Broadway Financial,    3755 N Halsted,
                Chicago, IL 60613-3906
28093868      +EDI: CAPITALONE.COM Aug 13 2019 05:23:00      Capital One Bank Usa NA,    Po Box 30281,
                Salt Lake City, UT 84130-0281
28093872      +EDI: RCSFNBMARIN.COM Aug 13 2019 05:23:00      Credit One Bank NA,    Po Box 98872,
                Las Vegas, NV 89193-8872
28093873      +EDI: NAVIENTFKASMDOE.COM Aug 13 2019 05:23:00      Dept Of Ed/navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
28093874      +EDI: AMINFOFP.COM Aug 13 2019 05:23:00      First Premier Bank,    3820 N. Louise Ave.,
                Sioux Falls, SD 57107-0145
28093875      +EDI: PHINAMERI.COM Aug 13 2019 05:23:00      Gm Financial,    Po Box 181145,
                Arlington, TX 76096-1145
28093876      +E-mail/Text: bankruptcy@huntington.com Aug 13 2019 01:46:58      Huntington Bank,
                Bankruptcy Department,    PO Box 89424,    Cleveland, OH 44101-6424
28093878       E-mail/Text: rev.bankruptcy@illinois.gov Aug 13 2019 01:47:11
                Illinois Department of Revenue,    Bankrtupcy Section,    PO Box 19035,
                Springfield, IL 62794-9035
28093877       E-mail/Text: rev.bankruptcy@illinois.gov Aug 13 2019 01:47:11
                Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
                Chicago, IL 60664-0338
28093880       EDI: JEFFERSONCAP.COM Aug 13 2019 05:23:00      Jefferson Capital Systems,    16 Mceland Rd,
                Saint Cloud, MN 56303
28093883      +EDI: NAVIENTFKASMSERV.COM Aug 13 2019 05:23:00      Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
28093885      +EDI: CBSPLS.COM Aug 13 2019 05:23:00      PLS Financial Solutions of Illinois,
                10352 Roosevelt Road,    Westchester, IL 60154-2521
                                                                                              TOTAL: 17
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Kira R. Armstrong davidsiegelbk@gmail.com,
           R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.axosfs.com
                                                                                             TOTAL: 3
```